UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO A.,<br><br>                        Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                        Defendant. | Case No.: 3:20-cv-01768-KSC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS [DOC. NO. 2]** |

On September 9, 2020, plaintiff Francisco A. commenced an action against Andrew M. Saul, Commissioner of the Social Security Administration, seeking review of a final adverse decision of the Commissioner. [Doc. No. 1.] Plaintiff also filed Motion for Leave to Proceed *in forma pauperis*. [Doc. No. 2.]

A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide

himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, plaintiff states in his affidavit that he is unemployed and has limited income and assets. Plaintiff's monthly income is $666, consisting of public assistance and food stamps. [Doc. No. 2 at 2.] He has no assets and he, his wife and his dependent daughter are homeless. [*Id.* at 3, 5.] Plaintiff's monthly expenses, which include food, laundry, transportation, pet food, and occasional hotel rooms, total $666. [*Id.*, pp. 4-5.] Therefore, the Court finds that plaintiff has sufficiently shown he lacks the financial resources to pay his filing fee. Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Motion for Leave to Proceed *in forma pauperis* is GRANTED. [Doc. No. 2.]

Dated:  September 10, 2020

Hon. Karen S. Crawford
United States Magistrate Judge